IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINA PORRITT and<br>MARK HESS,<br><br>    Relators,<br><br>v.<br><br>ERICO INTERNATIONAL CORPORATION,<br><br>    Defendant. | Case No.3:10-cv-00545-JPG-CJP |

## **JUDGMENT**

This matter having come before the Court, and the relators and defendant having stipulated to dismissal,

IT IS HEREBY ORDERED that the claims brought by relators Christina Porritt and Mark Hess are **dismissed with prejudice** to their ability to bring claims based upon the defendants' alleged conduct in this case and without costs; and

IT IS FURTHER ORDERED AND ADJUDGED that any claims of the United States based upon the defendant's alleged conduct in this case are **dismissed without prejudice.**

**DATED: October 11, 2011**

                                                            **NANCY ROSENSTENGEL, CLERK**

                                                            BY: s/Brenda K. Lowe, Deputy Clerk

APPROVED: **s./ J. Phil Gilbert**

                **J. PHIL GILBERT**
                **DISTRICT JUDGE**